**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NUMBER:** 2019-11090 **DIVISION:** D-12

**SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDSON**

**VERSUS**

**SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a "AIRBNB," JESSIE MUSE, THE MUSE COMPANY, LLC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND ZURICH AMERICAN INSURANCE COMPANY**

2019 OCT 22 AM 11:58
CIVIL DISTRICT COURT
FILED
D
SECTION 12

**FILED:**____________________ **DEPUTY CLERK:**

**PETITION FOR DAMAGES**

The Petition of Scott Donaldson husband of/and Amy Donaldson, individually and on behalf of their late son, Seth Donaldson, respectfully represents:

1.

Your Petitioners to this cause of action are Scott Donaldson husband of/and Amy Donaldson, both of whom are persons of the full age of majority, and residents and domiciliaries of Henderson County, North Carolina.

2.

Seth Donaldson, whose death forms the basis of this lawsuit, was at all times relevant hereto, a resident and domiciliary of Orleans Parish, State of Louisiana.

3.

That the Defendants to this cause of action are as follows:

A. **SONESTA NOLA CORPORATION**, a business entity domiciled in Baltimore, Maryland, who was authorized to do and was doing business in Orleans Parish, State of Louisiana on, or about, prior to and since October 28, 2018;

B. **AIRBNB PAYMENTS, INC. d/b/a "AIRBNB,"** a foreign corporation domiciled in the State of Delaware who was authorized to and was doing business in Orleans Parish, State of Louisiana on or about, prior to and since October 28, 2018.

C. **JESSIE MUSE**, a person of the full age of majority who, upon information and belief, is a resident and domiciliary of the City of New Orleans, State of Louisiana, on, or about, prior to and since October 28, 2018;

CHELSEY RICHARD NAPOLEON
CLERK, CIVIL DISTRICT COURT
402 CIVIL COURTS BUILDING
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-407-0000

Receipt Date 10/22/2019 12:19:00 PM
Receipt Number [illegible]96295
Cashier dciaccio
Register CDC Cash Register 1
Case Number 2019-11090
Grand Total $656.50
Amount Received $656.50
Balance Due $0.00
Over Payment $0.00
Payment / Transaction List
Check # 3404 $656.50

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition for Damages | $444.50 | $444.50 | $0.00 |
| Postage | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| JSC | $25.50 | $25.50 | $0.00 |
| Supreme Court Processing Fee | $10.00 | $10.00 | $0.00 |
| Additional Defendant | $141.00 | $141.00 | $0.00 |



VERIFIED 10/23/19

**EXHIBIT A**

D. **THE MUSE COMPANY, LLC**, a domestic business entity who, upon information and belief, is a resident and domiciliary of the City of New Orleans, State of Louisiana, on, or about, prior to and since October 28, 2018;

E. **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**, a foreign Insurance Corporation authorized to do and doing business in Orleans Parish, State of Louisiana on, or about, prior to and since October 28, 2018; and

F. **ZURICH AMERICAN INSURANCE COMPANY**, a foreign Insurance Corporation authorized to do and doing business in Orleans Parish, State of Louisiana on, or about, prior to and since October 28, 2018.

2.

All of the aforementioned Defendants are bound jointly, severally and in solido unto your Petitioners, Scott Donaldson husband of/and Amy Donaldson, individually and on behalf of their late son, Seth Donaldson, in an amount fair and reasonable under the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including attorney's fees for the following reasons, to-wit:

3.

At all times pertinent hereto, Defendants, Certain Underwriters at Lloyd's, London and Zurich American Insurance Company, had in full force and effect a policy of liability insurance which provided insurance coverage to Defendants, AirBnB Payments, Inc. d/b/a "Airbnb," and Jessie Muse, for the acts and omissions made the basis of this lawsuit. The precise terms and numbers embodied in said policy or policies of insurance are incorporated herein by reference and are specifically pled as if set forth *in extenso*;

4.

That Certain Underwriters at Lloyd's, London and Zurich American Insurance Company are made Defendants herein directly pursuant to the provisions of LSA-R.S. 22:1269, *et seq*.

5.

At all times relevant hereto, Petitioners, Scott Donaldson and Amy Donaldson, were, and currently are, lawfully married.

6.

Petitioners, Scott Donaldson and Amy Donaldson, are the biological parents of their late son Seth Donaldson. Scott Donaldson and Amy Donaldson did not ever abandon Seth Donaldson.

7.

Seth Donaldson was never married, nor did he have any children. Seth Donaldson did not adopted anyone, nor was he ever adopted.

8.

At all times relevant hereto, Defendant, Sonesta Nola Corporation (periodically hereinafter "Sonesta") is the owner and operator of the Saratoga Building, an apartment building located at the municipal address 212 Loyola Avenue, New Orleans, Louisiana 70112.

9.

Upon information and belief, at all times relevant hereto, Defendants, Jessie Muse and/or The Muse Company, LLC, was a lessee of Unit No. 1201 located inside the Saratoga Building. Defendant, Sonesta, was the lessor of said Unit 1201.

10.

Upon information and belief, at all times relevant hereto, the lease between Defendants, Sonesta and Jesse Muse and/or the Muse Company, LLC, granted Jessie Muse and/or the Muse Company, LLC, the authority collect monies from third party individuals who desired to rent, or purchase the right to use and/or spend the night inside, Unit No. 1201 of the Saratoga Building.

11.

Defendant, Airbnb, is an online broker that profits from advertising, arranging, or offering lodging, to members of the general public. The properties offered to the general public by Airbnb are privately owned, or leased, by private individuals or entities.

12.

Upon information and belief, at all times relevant hereto, Defendants, Jesse Muse and/or The Muse Company, LLC, used Airbnb to advertise, sell, rent, or otherwise broker the use of Unit No. 1201 of the Saratoga Building.

13.

Upon information and belief, at all times relevant hereto, Defendant, Sonesta, had actual and/or constructive knowledge of Defendant, Jesse Muse and/or The Muse Company, LLC, using the services of Defendant, Airbnb, to advertise, sell, rent, or otherwise profit from the use of Unit No. 1201 of the Saratoga Building.

14.

Alternatively, at all times relevant hereto, Defendant, Sonesta, individually, or through one of its agents and/or employees, used the services of Defendant, Airbnb, to rent or otherwise profit from the use of Unit No. 1201 of the Saratoga Building.

15.

At all times relevant hereto, Defendants, Sonesta and/or Jesse Muse and/or The Muse Company, LLC, used the services of Defendant, Airbnb, to rent and/or sell overnight stays or other lodging inside the Saratoga Building to members of the general public.

16.

At all times relevant hereto, Defendant, Sonesta, had actual and/or constructive knowledge that multiple units inside the Saratoga Building were being advertised and made available to the general public for overnight stays, or extended lodging, via the Airbnb online platform.

17.

At all times relevant hereto, Defendant, Sonesta, had actual and/or constructive knowledge that Defendant, Jesse Muse and/or The Muse Company, LLC, used Airbnb to advertise, rent and/or sell overnight stays, or extended lodging, inside Unit No. 1201 of the Saratoga Building to members of the general public.

18.

At all times relevant hereto, Defendant, Sonesta, was operating the Saratoga Building in virtually the same manner as a hotel.

19.

Unit 1201 is located on the twelfth (12th) floor of the Saratoga Building.

20.

On October 28, 2018, Seth Donaldson fell to his death after going through an inoperable (not able to be opened and closed) exterior window of Unit No. 1201 of the Saratoga Building (periodically hereinafter referred to as "the window at issue.")

21.

Upon information and belief, at all times relevant hereto, the non-operable window at issue herein was a single pane of annealed, sheet, or plate glass.

22.

The glass installed in the window through which Seth Donaldson fell to his death was not suitable for its intended use.

23.

A window suitable for use in a commercial high-rise apartment building that makes rooms available for rent to members of the general public and/or a high-rise building that is being used and/or operated as a hotel, such as the Saratoga Building, should be capable of withstanding an impact from the body of a one hundred and forty-four pound (144 lb.) individual, such as Seth Donaldson.

24.

The window at issue was not subjected to multiple or repeated impacts by Seth Donaldson before the window failed.

25.

Upon information and belief, at all times relevant hereto, the window at issue herein did not meet the applicable building and safety codes, and/or industry codes and/or industry standards that were in effect and which were applicable to the Saratoga Building.

26.

At all times relevant hereto, Defendants, Sonesta and/or Jessie Muse and/or The Muse Company, LLC, were responsible for the maintenance, upkeep and furnishing of Unit 1201 of the Saratoga Building, including keeping the exterior window in place and in tact.

27.

Upon information and belief, prior to the incident forming the basis of this litigation, Defendants, Sonesta and/or Jessie Muse and/or The Muse Company, LLC, performed maintenance to, or inside, Unit 1201 of the Saratoga Building, including the window at issue herein.

28.

The glass installed in the window of Unit 1201 of the Saratoga Building through which Seth Donaldson fell to his death presented an unreasonable risk of harm.

29.

Defendant, Sonesta, and/or its parent company or affiliates, own and/or operate multiple hotel facilities in the City of New Orleans, as well as other cities in the United States of America.

30.

As the owner/operator of multiple hotel facilities, Defendant, Sonesta, has superior and/or sophisticated and/or advanced knowledge of the hazards posed by the installation and use of single pane annealed glass in exterior windows in high-rise buildings that are intended for rent to members of the general public.

31.

At all times relevant hereto, Defendants, Sonesta and Jessie Muse and/or The Muse Company, LLC, had actual and/or constructive knowledge that the glass installed in the window at issue presented an unreasonable risk of harm, which harm was reasonably foreseeable to Defendants, Sonesta and/or Jessie Muse and/or The Muse Company, LLC, prior to the incident which forms the basis of this litigation.

32.

At all times relevant hereto, the bottom of the window at issue herein was located approximately three-feet, three-inches, (3' 3") from the floor of Unit 1201 of the Saratoga Building.

33.

As the owner/operator of multiple hotel facilities, Defendant, Sonesta, has superior and/or sophisticated and/or advanced knowledge of the hazards posed by situating furniture, such as a couch, directly below and in front of exterior windows in high-rise buildings that are intended for rent to members of the general public.

34.

At the time of the incident complained of herein, a couch was situated directly below and in front of the exterior window of Unit 1201 of the Saratoga Building through which Seth Donaldson fell to his death.

35.

The image below was captured within hours of the incident which forms the basis of this litigation and depicts the couch located directly in front of and below the window of Unit 1201of the Saratoga Building through which Seth Donaldson fell to his death:



36.

The couch situated directly in front of and below the window at issue herein, as is depicted in the photograph above, served as a "step" or "platform" that made the incident which forms the basis of this suit more likely to occur, as it caused an individual, such as Seth Donaldson, to be in a physical position that made falling through the window more likely to occur than if the couch were not situated directly in front of and below the window.

37.

At all times relevant hereto, Defendants, Sonesta and/or Jessie Muse and/or The Muse Company, LLC, knew or should have known that a couch was situated directly below and in front of the window at issue.

38.

The location of the couch in relation to the window at issue herein posed an unreasonable risk of harm, as it was reasonably foreseeable that individuals inside Unit 1201 of the Saratoga Building were more likely to fall through the window with the couch located directly below and in front of the window at issue.

39.

At all times relevant hereto, Defendants, Sonesta and/or Jessie Muse and/or The Muse Company, LLC, had actual and/or constructive knowledge that the location of the couch in relation to the window at issue herein posed an unreasonable risk of harm.

40.

At the time of the incident forming the basis of this suit, no warnings were posted that would alert individuals, such as Seth Donaldson, of the dangerous condition presented by the window at issue.

41.

The conditions described hereinabove presented an unreasonable risk of harm to persons inside Unit 1201 of the Saratoga Building including Petitioners' son, Seth Donaldson.

42.

At all times relevant hereto, Defendant, Airbnb, warranted that the properties which it advertised for rent to members of the general public, including Unit 1201 of the Saratoga Building, were free from defects and/or unreasonably dangerous conditions.

43.

At all times relevant hereto, Defendant, Airbnb, knew, or should have known, that defects and/or unreasonably dangerous conditions existed in Unit 1201 of the Saratoga Building.

44.

In spite of its actual and/or constructive knowledge of the unreasonably dangerous condition posed by the window at issue, Defendant, Airbnb, advertised, booked, and rented Unit 1201 of the Saratoga Building to the general public.

45.

Seth Donaldson would not have been inside Unit 1201 of the Saratoga Building at the time of the incident complained of herein but for the fact that the Airbnb online platform was used to advertise, book, and rent Unit 1201 of the Saratoga Building.

46.

The acts and/or omissions of Defendants, Sonesta, Airbnb and/or Jessie Muse and/or The Muse Company, LLC, are the sole and proximate cause of the injuries and damages complained of herein.

47.

Defendants, Sonesta, Airbnb and/or Jessie Muse and/or The Muse Company, LLC, failed to properly inspect and/or maintain the window at issue, as the use of single pane annealed glass in an exterior window in a high rise building, with a couch situated directly below and in front of said window is an unreasonably dangerous condition that, through the exercise of reasonable care and diligence, could and should have discovered and corrected, thereby preventing the damages complained of herein.

48.

Petitioners, Scott Donaldson husband of/and Amy Donaldson, specifically plead that the incident and resulting injuries made the basis of this suit were caused by the negligence, carelessness and the strict liability of Defendants, Sonesta and/or Jessie Muse and/or The Muse Company, LLC, and Louisiana Civil Code Articles 2315, 2316, 2317, 2317.1 and 2320 are specifically pled herein as if set out *in extenso*.

49.

The sole and proximate cause of the incident complained of herein and the wrongful death of Seth Donaldson, as a result thereof, was the gross and wanton negligence, carelessness and recklessness of Defendants, Sonesta and/or Airbnb and/or Jessie Muse and/or The Muse Company, LLC, in the following non-exclusive particulars, to-wit:

a) Situating a couch directly below and in front of an exterior window of a high rise building that is constructed with a single annealed glass window pane;

b) Failing to adequately maintain the window at issue;

c) Advertising, or otherwise warranting that Unit 1201 of the Saratoga Building was safe, when, in fact, the window at issue presented an unreasonable risk of harm to individuals inside Unit 1201 of the Saratoga Building;

d) Creating and/or having actual and/or constructive knowledge of a condition which presented an unreasonable risk of harm, which was reasonably foreseeable prior to the wrongful death of Seth Donaldson;

e) Failing to exercise due care;

f) Negligently allowing an unreasonably dangerous condition to exist; and

g) Any and all other acts of negligence which shall be proven at the trial of this cause, all of which are in violation and contravention of the exercise of due care and prudence and the laws of the State of Louisiana and Orleans Parish, which are specifically incorporated herein as though set forth herein *in extenso*.

50.

The acts and omissions of Defendants, Sonesta, Airbnb and/or Jessie Muse and/or The Muse Company, LLC, complained of herein caused the wrongful death of Petitioners' son, Seth Donaldson.

51.

After exiting the window at issue, but prior to the moment of his death, Seth Donaldson experienced physical pain and suffering and an extreme, virtually unimaginable, amount of fear, and mental anguish.

52.

Petitioners, Scott Donaldson husband of/and Amy Donaldson, expressly plead their right to, and herein do, plead the Survival action articulated by Louisiana Civil Code article 2315.1, as Petitioners' son, Seth Donaldson, was injured and subsequently died as a direct result of the acts and omissions of the named Defendants.

53.

Petitioners, Scott Donaldson husband of/and Amy Donaldson, expressly plead their right to recover damages from the named Defendants for the wrongful death of their son, Seth Donaldson, in accordance with Louisiana Civil Code article 2315.2.

54.

Petitioners, Scott Donaldson and Amy Donaldson, have experienced extreme mental and emotional distress as a direct result of the death of their son, Seth Donaldson.

55.

Petitioners, Scott Donaldson and Amy Donaldson, itemize their damages as follows:

a.) Loss of the love, affection and companionship of their son, Seth Donaldson;

b.) Past, present and future mental anguish;

d.) Funeral expenses;

e.) All damages for the injuries sustained by their son, Seth Donaldson, prior to his death pursuant to La. C.C. art. 2315.1;

f.) The wrongful death of their son, Seth Donaldson, pursuant to La. C.C. art. 2315.2; and

g.) Any and all other damages which shall be proven at the trial on the merits.

56.

The total damages sought by Petitioners, Scott Donaldson and Amy Donaldson, exceed the amount required for a trial by jury.

57.

Upon information and belief, Defendant, Jesse Muse, is not a member of the United States Military or any of its allies.

58.

Inasmuch as the allegations contained in the foregoing paragraphs are inconsistent they are deemed to have been plead in the alternative.

**WHEREFORE**, Petitioners, Scott Donaldson husband of/and Amy Donaldson, individually and on behalf of their late son, Seth Donaldson, pray:

A.) That Defendants, Sonesta Nola Corporation, Airbnb Payments, Inc. d/b/a "Airbnb," Jessie Muse, The Muse Company, LLC, Certain Underwriters at Lloyd's, London and Zurich American Insurance Company, be served with a copy of this Petition for Damages and be duly cited to appear and answer same;

B.) That after all due proceedings are had, there be Judgment entered herein in favor of Petitioners, Scott Donaldson husband of/and Amy Donaldson, individually and on behalf of their late son, Seth Donaldson, and against Defendants, Sonesta Nola Corporation, Airbnb Payments, Inc. d/b/a "Airbnb," Jessie Muse, The Muse Company, LLC, Certain Underwriters at Lloyd's, London and Zurich American Insurance Company, jointly severally and in solido in an amount fair and reasonable under the premises of this matter, plus legal interest thereon from the date of judicial demand until paid, plus all costs of these proceedings and attorneys fees; and

C.) For all general and equitable relief amenable under the circumstances.

Respectfully submitted,

**JONATHAN C. PEDERSEN (La. Bar. No. 32290)**
**D. DOUGLAS HOWARD, JR. (La. Bar No. 7021)**
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70433
Telephone: (504) 581-3610
Facsimile: (504) 581-7509

AND

**SHAWN C. REED (La. Bar No. 14304)**
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Facsimile: (985) 893-3478

**ATTORNEYS FOR PETITIONERS,**
**SCOTT DONALDSON husband**
**of/and AMY DONALDSON,**
**individually and o/b/o SETH DONALDSON**

**PLEASE SERVE:**
**SONESTA NOLA CORPORATION**
Through its Agent for Service of Process,
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**AIRBNB PAYMENTS, INC. d/b/a "AIRBNB"**
Through its Agent for Service of Process,
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**
Through its Agent for Service of Process,
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**ZURICH AMERICAN INSURANCE COMPANY**
Through its Agent for Service of Process,
Louisiana Secretary of State
8585 Archives Ave.
Baton Rouge, LA 70809

**JESSIE MUSE, individually and**
**THE MUSE COMPANY, LLC**
Through its registered agent,
Jessie Muse
216 Baronne Street
New Orleans, Louisiana 70112

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NUMBER:** 2019-11090 **DIVISION:** D-12

**SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDSON**

**VERSUS**

**SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a "AIRBNB," JESSIE MUSE, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND ZURICH AMERICAN INSURANCE COMPANY**

FILED CIVIL DISTRICT COURT 2019 OCT 22 AM 11:58

**FILED:**____________________ ____________________ **DEPUTY CLERK**

**VERIFICATION**

**BEFORE ME,** the undersigned Notary Public, personally came and appeared:

**SCOTT DONALDSON**

who after being duly sworn did depose and state that he is a Petitioner in the above and foregoing Petition for Damages, that he has read the same and that all of the allegations contained therein are true and correct to the best of his knowledge, information and belief.

____________________
**SCOTT DONALDSON**

Sworn to and subscribed before me, Notary Public, this 18th day of Oct, 2019.

____________________
NOTARY PUBLIC

JONATHAN C. PEDERSEN
Notary Public
LA Bar No. 32290, ID. No. 88818
My Commission is for Life

VERIFIED

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NUMBER:** 2019-11090 **DIVISION:** D-12

**SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDSON**

**VERSUS**

**SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a "AIRBNB," JESSIE MUSE, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND ZURICH AMERICAN INSURANCE COMPANY**

2019 OCT 22 AM 9:18 FILED CIVIL DISTRICT COURT

**FILED:**__________________ ______________________

**DEPUTY CLERK**

**VERIFICATION**

**BEFORE ME,** the undersigned Notary Public, personally came and appeared:

**AMY DONALDSON**

who after being duly sworn did depose and state that she is a Petitioner in the above and foregoing Petition for Damages, that she has read the same and that all of the allegations contained therein are true and correct to the best of her knowledge, information and belief.

Amy Donaldson
**AMY DONALDSON**

Sworn to and subscribed before me, Notary Public, this 18th day of Oct, 2019.

__________________
NOTARY PUBLIC

JONATHAN C. PEDERSEN
Notary Public
LA Bar No. 32290, ID. No. 83318
My Commission is for Life

VERIFIED

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306, New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

## CITATION

TO: ZURICH AMERICAN INSURANCE COMPANY

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ____________________**
**Ashley Turner, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**

On this ______ day of ________________ served a copy of the within

Petition for Damages

ON ZURICH AMERICAN INSURANCE COMPANY

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE

Returned the same day

________________ No. ________

Deputy Sheriff of ________________

Mileage: $ ________________

________ / ENTERED / ________

PAPER RETURN

______ / ______ / ______

SERIAL NO. DEPUTY PARISH

**DOMICILIARY SERVICE**

On this ______ day of ________________ served a copy of the within

Petition for Damages

ON ZURICH AMERICAN INSURANCE COMPANY

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ZURICH AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service.

Returned the same day

________________ No. ________

Deputy Sheriff of ________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306 , New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

## CITATION

TO: ZURICH AMERICAN INSURANCE COMPANY

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ____________
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ______ day of ____________________ served a copy of the within

**Petition for Damages**

ON ZURICH AMERICAN INSURANCE COMPANY

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE

Returned the same day

____________ No. ____________

Deputy Sheriff of ____________

Mileage: $ ____________

____________ / ENTERED / ____________

PAPER RETURN

______ / ______ / ______

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ______ day of ____________________ served a copy of the within

**Petition for Damages**

ON ZURICH AMERICAN INSURANCE COMPANY

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ZURICH AMERICAN INSURANCE COMPANY being absent from the domicile at time of said service.

Returned the same day

____________ No. ____________

Deputy Sheriff of ____________

ID: 10326807

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306 , New Orleans, LA 70130

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

## CITATION

TO: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ______________________**
**Ashley Turner, Deputy Clerk**

## SHERIFF'S RETURN
(for use of process servers only)

### PERSONAL SERVICE

On this ________ day of ______________________ served a copy of the within

**Petition for Damages**

ON **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

THROUGH: **ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE**

Returned the same day

______________________ No. ______________

Deputy Sheriff of ______________________

Mileage: $ ______________________

______________ / ENTERED / ______________

PAPER RETURN

__________ / __________ / __________

SERIAL NO. DEPUTY PARISH

### DOMICILIARY SERVICE

On this ________ day of ______________________ served a copy of the within

**Petition for Damages**

ON **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

THROUGH: **ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE**

by leaving same at the dwelling house, or usual place of abode, in the hands of ______________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** being absent from the domicile at time of said service.

Returned the same day

______________________ No. ______________

Deputy Sheriff of ______________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306, New Orleans, LA 70130

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE., BATON ROUGE, LA 70809

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** [signature]
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ____________________ served a copy of the within

**Petition for Damages**

**ON CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

**THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE**

Returned the same day

____________________ No. __________

Deputy Sheriff of ____________________

Mileage: $ ____________________

_________ / ENTERED / _________

PAPER RETURN

_________ / _________ / _________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ____________________ served a copy of the within

**Petition for Damages**

**ON CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**

**THROUGH: ITS AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE**

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **CERTAIN UNDERWRITERS AT LLOYD'S, LONDON** being absent from the domicile at time of said service.

Returned the same day

____________________ No. __________

Deputy Sheriff of ____________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306 , New Orleans, LA 70130

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: AIRBNB PAYMENTS, INC. D/B/A "AIRBNB"

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ____________________**
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ______ day of ________________ served a copy of the within

**Petition for Damages**

ON AIRBNB PAYMENTS, INC. D/B/A "AIRBNB"

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY

Returned the same day

____________________ No. __________

Deputy Sheriff of ____________________

Mileage: $ ____________________

__________ / ENTERED / __________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ______ day of ________________ served a copy of the within

**Petition for Damages**

ON AIRBNB PAYMENTS, INC. D/B/A "AIRBNB"

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said AIRBNB PAYMENTS, INC. D/B/A "AIRBNB" being absent from the domicile at time of said service.

Returned the same day

____________________ No. __________

Deputy Sheriff of ____________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: AIRBNB PAYMENTS, INC. D/B/A "AIRBNB"

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** [signature]
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ____________________ served a copy of the within

**Petition for Damages**

ON AIRBNB PAYMENTS, INC. D/B/A "AIRBNB"

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY

Returned the same day

____________________ No. __________

Deputy Sheriff of ____________________

Mileage: $ ____________________

__________ / ENTERED / __________

PAPER RETURN

__________ / __________ / __________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ____________________ served a copy of the within

**Petition for Damages**

ON AIRBNB PAYMENTS, INC. D/B/A "AIRBNB"

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said AIRBNB PAYMENTS, INC. D/B/A "AIRBNB" being absent from the domicile at time of said service.

Returned the same day

____________________ No. __________

Deputy Sheriff of ____________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306 , New Orleans, LA 70130

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: SONESTA NOLA CORPORATION
THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ____________________**
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ____________________ served a copy of the within

**Petition for Damages**

**ON SONESTA NOLA CORPORATION**

**THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY**

Returned the same day

____________________ No. ____________

Deputy Sheriff of ____________________

Mileage: $ ____________________

____________ / ENTERED / ____________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ____________________ served a copy of the within

**Petition for Damages**

**ON SONESTA NOLA CORPORATION**

**THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY**

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SONESTA NOLA CORPORATION being absent from the domicile at time of said service.

Returned the same day

____________________ No. ____________

Deputy Sheriff of ____________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: SONESTA NOLA CORPORATION
THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** [signature]
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ________ day of ________________ ________ served a copy of the within

Petition for Damages

ON SONESTA NOLA CORPORATION

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY

Returned the same day

________________ No. ________

Deputy Sheriff of ________________

Mileage: $ ________________

________ / ENTERED / ________

PAPER RETURN

________ / ________ / ________

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ________ day of ________________ ________ served a copy of the within

Petition for Damages

ON SONESTA NOLA CORPORATION

THROUGH: ITS AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICE COMPANY

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said SONESTA NOLA CORPORATION being absent from the domicile at time of said service.

Returned the same day

________________ No. ________

Deputy Sheriff of ________________

ID: 10326804

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306 , New Orleans, LA 70130

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC
THROUGH: ITS REGISTERED AGENT, JESSIE MUSE
216 BARONNE STREET, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by ________________**
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ______ day of ________________ served a copy of the within

**Petition for Damages**

ON **JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC**

THROUGH: **ITS REGISTERED AGENT, JESSIE MUSE**

Returned the same day

________________ No. __________

Deputy Sheriff of ________________

Mileage: $ ________________

________ / ENTERED / ________

PAPER RETURN

______ / ______ / ______

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ______ day of ________________ served a copy of the within

**Petition for Damages**

ON **JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC**

THROUGH: **ITS REGISTERED AGENT, JESSIE MUSE**

by leaving same at the dwelling house, or usual place of abode, in the hands of ________________ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC** being absent from the domicile at time of said service.

Returned the same day

________________ No. __________

Deputy Sheriff of ________________

ATTORNEY'S NAME: Pedersen, Jonathan C 32290
AND ADDRESS: 839 St. Charles Avenue, Suite 306, New Orleans, LA 70130

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**
**STATE OF LOUISIANA**

**NO: 2019-11090** **DIVISION: D** **SECTION: 12**

**DONALDSON, SCOTT ETAL ET AL**

**Versus**

**SONEST NOLA CORPORATION ETAL ET AL**

**CITATION**

TO: JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC
THROUGH: ITS REGISTERED AGENT, JESSIE MUSE
216 BARONNE STREET, NEW ORLEANS, LA 70112

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

Petition for Damages

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default.

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

**********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE**********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 23, 2019**

**Clerk's Office, Room 402, Civil Courts**
**421 Loyola Avenue**
**New Orleans, LA**

**CHELSEY RICHARD NAPOLEON, Clerk of**
**The Civil District Court**
**for the Parish of Orleans**
**State of LA**
**by** ______
**Ashley Turner, Deputy Clerk**

**SHERIFF'S RETURN**
(for use of process servers only)

PERSONAL SERVICE

On this ______ day of ______ served a copy of the within

**Petition for Damages**

ON JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC
THROUGH: ITS REGISTERED AGENT, JESSIE MUSE

Returned the same day

______ No. ______

Deputy Sheriff of ______

Mileage: $ ______

______ / ENTERED / ______

PAPER RETURN

______ / ______ / ______

SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this ______ day of ______ served a copy of the within

**Petition for Damages**

ON JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC
THROUGH: ITS REGISTERED AGENT, JESSIE MUSE

by leaving same at the dwelling house, or usual place of abode, in the hands of ______ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said JESSIE MUSE, INDIVIDUALLY AND THE MUSE COMPANY, LLC being absent from the domicile at time of said service.

Returned the same day

______ No. ______

Deputy Sheriff of ______

FILED
2019 NOV 18 P 02:50
CIVIL
DISTRICT COURT

| | |
|---|---|
| **SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDON** | **CASE NO: 2019-11090 DIV: "D-12"** |
| **VERSUS** | **CIVIL DISTRICT COURT** |
| **SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a/ "AIRBNB," JESSIE MUSE, THE MUSE COMPANY, LLC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND ZURICH AMERICAN INSURANCE COMPANY** | **PARISH OF ORLEANS**<br><br>**STATE OF LOUISIANA** |
| **FILED: ______________________** | **DEPUTY CLERK: ________________** |

**MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, comes Defendant, **Sonesta NOLA Corporation,** who moves this Court for an Order granting an extension of thirty (30) days in which to file responsive pleadings, and upon showing there have been no previous formal extensions of time granted by this Court, and said extension of time will give defendant ample opportunity to investigate this matter. Defendant further asserts that this extension of time will not unduly delay this matter or prejudice any other party.

Respectfully submitted,

**JONES FUSSELL, LLP**

**Thomas H. Huval (LA Bar No. 21725)**
P.O. Box 1810
Covington, Louisiana 70434-1810
(o) 985-892-4801
(f) 985-259-8003
thuval@jonesfussell.com
*Counsel for Sonesta NOLA Corporation*

VERIFIED
Ashley Turner
2019 NOV 20 P 04:16



E-Filed

FILED
2019 NOV 18 P 02:50
CIVIL
DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have on the 18th of November, 2019, served a copy of the foregoing pleading on the following parties, as designated below:

*Counsel for Plaintiffs*
Jonathan C. Pederson: jcpedersen@howardandreed.com
D. Douglas Howard: ddhowardjr@bellsouth.net
Shawn C. Reed: sreed@howardandreed.com

THOMAS H. HUVAL, ESQ.



E-Filed

FILED
2019 NOV 18 P 02:50
CIVIL
DISTRICT COURT

| | |
|---|---|
| **SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDON** | **CASE NO: 2019-11090 DIV: "D-12"** |
| **VERSUS** | **CIVIL DISTRICT COURT** |
| **SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a/ "AIRBNB," JESSIE MUSE, THE MUSE COMPANY, LLC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND ZURICH AMERICAN INSURANCE COMPANY** | **PARISH OF ORLEANS**<br>**STATE OF LOUISIANA** |
| **FILED: ______________________** | **DEPUTY CLERK: ______________________** |

**ORDER**

Considering in the foregoing *Motion for Extension of Time,*

**IT IS ORDERED** that Defendant, **Sonesta NOLA Corporation**, be and is hereby granted an extension of thirty (30) days from the signing of the order in which to answer or otherwise file responsive pleadings in the above captioned matter.

Signed in New Orleans, Louisiana, this _____ day of __________________, 2019.

______________________________
**Judge Nakisha Ervin-Knott**

E-Filed

FILED
2019 NOV 18 P 02:50
CIVIL
DISTRICT COURT

| | |
|---|---|
| SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDON | CASE NO: 2019-11090 DIV: "D-12" |
| VERSUS | CIVIL DISTRICT COURT |
| SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a/ "AIRBNB," JESSIE MUSE, THE MUSE COMPANY, LLC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AND ZURICH AMERICAN INSURANCE COMPANY | PARISH OF ORLEANS<br>STATE OF LOUISIANA |
| FILED: ______________________ | DEPUTY CLERK: ________________ |

ORDER

Considering in the foregoing *Motion for Extension of Time,*

IT IS ORDERED that Defendant, **Sonesta NOLA Corporation**, be and is hereby granted an extension of thirty (30) days from the signing of the order in which to answer or otherwise file responsive pleadings in the above captioned matter.

Signed in New Orleans, Louisiana, this _____ day of NOV 21 2019, 2019.

[signature]
Judge Nakisha Ervin-Knott

RECEIVED
NOV 21 2019
DIVISION "D"

E-Filed

[signature]
VERIFIED
12/2/19

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

**NUMBER 2019-11090** **DIVISION "D-12"**

**SCOTT DONALDSON, ET AL.**

**VERSUS**

**ROYAL SONESTA CORPORATION, ET AL.**

**FILED:** ________________ ________________________________
**DEPUTY CLERK**

**NOTICE OF FILING OF NOTICE OF REMOVAL**

TO: Clerk, Civil District Court for the
Parish of Orleans, State of Louisiana
421 Loyola Avenue
New Orleans, Louisiana 70112

Jonathan C. Pederson
D. Douglas Howard, Jr.
839 St. Charles Ave, Suite 306
New Orleans, LA 70433

Shawn C. Reed
516 N. Columbia Street
Covington, LA 70433

**PLEASE TAKE NOTICE**, that Defendant, Jessie Muse, has filed in the United States District Court for the Eastern District of Louisiana a Notice of Removal of the above-captioned matter from the Civil District Court for the Parish of Orleans, State of Louisiana, on the 20th day of December, 2019. A copy of the Notice of Removal, attached hereto as Exhibit "A," is being filed in conformity with 28 U.S.C. § 1446(d). The filing of the Notice of Removal has effected removal of the case to the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1332 and § 1441.

VERIFIED
Ashley Turner
2019 DEC 26 A 09:21

E-Filed

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

PD.27670986.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: ______________________________

Jeffrey C. Clayman (Bar #30442)
Arthur R. Kraatz (Bar #35194)
Sarah M. Smith-Clevenger (Bar #38412)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: jeffrey.clayman@phelps.com
arthur.kraatz@phelps.com
sarah.smith-clevenger@phelps.com

**ATTORNEYS FOR DEFENDANT, JESSIE MUSE**

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been served upon all counsel of record by fax or e-mail transmission, and/or by placing same in the United States mail, properly addressed and first class postage prepaid on this 20th day of December, 2019.

______________________________

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SCOTT DONALDSON husband of/and AMY DONALDSON, individually and on behalf of their late son, SETH DONALDSON**

**CIVIL ACTION NO. 19-14706**

**JUDGE**

**MAGISTRATE JUDGE**

**VERSUS**

**SONESTA NOLA CORPORATION, AIRBNB PAYMENTS, INC. d/b/a "AIRBNB," JESSIE MUSE, THE MUSE COMPANY, LLC, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, AND ZURICH AMERICAN INSURANCE COMPANY**

**NOTICE OF REMOVAL**

TO: Scott Donaldson and Amy Donaldson, *through their attorneys of record*,

Jonathan C. Pederson
D. Douglas Howard, Jr.
839 St. Charles Avenue, Suite 306
New Orleans, LA 70433

Shawn C. Reed
516 N. Columbia Street
Covington, LA 70433

PLEASE TAKE NOTICE that Defendant, Jessie Muse, reserving all rights and defenses and without conceding this Court's jurisdiction over his person, hereby removes the state court action entitled "*Scott Donaldson et al. v. Sonesta Nola Corporation, et al.*" bearing Civil Action No. 2019-11090 "D-12" in the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana, and respectfully represents as follows:

I.

Plaintiffs, Scott Donaldson and Amy Donaldson filed the referenced state court action on October 22, 2019. True and accurate copies of the Plaintiff's petition, together with all other materials contained in the state court record, are attached and incorporated hereto as Exhibit "A," as required by 28 U.S.C. §§ 1446(a) and 1447(b).



EXHIBIT
A



E-Filed

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

II.

Removing Defendant, Jessie Muse, has not yet been served with Plaintiffs' lawsuit. Accordingly, this Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b). By removing this matter, Jessie Muse does not consent to or otherwise waive service of process.

III.

Removing Defendant, Jessie Muse, has not filed any responsive pleadings in the Civil District Court for the Parish of Orleans in connection with this action.

IV.

This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(3) because this lawsuit is between citizens of a different states in which citizens of a foreign state are additional parties and the amount in controversy exceeds $75,000.00.

V.

Plaintiffs Scott Donaldson and Amy Donaldson are individuals and are citizens of and domiciled in Hendersonville, North Carolina.

VI.

While Plaintiffs' petition implies they intend to sue "on behalf of their late son" Seth Donaldson, he, as a decedent, is not a proper party to this case, has no claims in this lawsuit, and there is no cause of action available under any applicable law to Seth Donaldson. Accordingly, Seth Donaldson's former citizenship is irrelevant to this Court's jurisdiction. To the extent that Plaintiffs' contend that Seth Donaldson is a party to this case, he has been improperly joined for the sole purpose of defeating diversity jurisdiction and, accordingly, his alleged citizenship should be disregarded by the Court.



E-Filed

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

VII.

Defendant Sonesta Nola Corporation is a Maryland Corporation whose principal place of business is Baltimore, Maryland. Accordingly, Sonesta Nola Corporation is a citizen of Maryland for the purposes of diversity jurisdiction.

VIII.

Defendant Airbnb Payments, Inc., is a Delaware corporation with its principal place of business in San Francisco, California. The state court petition incorrectly identifies Airbnb Payments, Inc. as doing business on behalf of Airbnb, Inc. While that allegation is incorrect, to the extent Plaintiffs have alleged claims against Airbnb, Inc., Airbnb, Inc. is also a Delaware corporation with its principal place of business in San Francisco, California.

IX.

Defendant The Muse Company, LLC, is a limited liability company organized under the laws of Louisiana. Upon information and belief, the sole member of The Muse Company, LLC, is Jessie Muse. Accordingly, The Muse Company, LLC is a citizen of Louisiana for purposes of diversity jurisdiction.

X.

Defendant Jessie Muse is an individual and is a citizen of and is domiciled in New Orleans, Louisiana.

XI.

Certain Underwriters at Lloyd's, London, are an incorporated association located in the United Kingdom of Great Britain and Northern Ireland. All of Underwriters' members subscribed to the risk at issue in this case are citizens of the United Kingdom. Accordingly, Underwriters are a citizens of a foreign state for diversity purposes.





E-Filed

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

XII.

Plaintiff alleges that Zurich American Insurance Company was the insurer of Airbnb. Zurich American Insurance Company has not issued any policy to Airbnb relevant to these proceedings. As such, Zurich American Insurance Company is improperly joined and is not a proper defendant. In any event, Zurich American Insurance Company is a New York Corporation whose principal place of business is in Illinois. Accordingly, Zurich American Insurance Company is a citizen of New York and Illinois for the purposes of diversity jurisdiction. Thus, even if Zurich American Insurance Company is a proper party, complete diversity among the parties still exists.

XIII.

The amount-in-controversy requirement of 28 U.S.C. § 1332 is also satisfied. Plaintiffs' state-court petition states that Plaintiffs assert wrongful death and survival actions and seek damages for funeral expenses, mental anguish, and the loss of love, affection, and companionship. Plaintiffs further plead that the total damages sought exceeds the amount required for trial by jury. While the petition does not allege a specific amount in controversy, the amount in controversy facially exceeds $75,000.

XIV.

Because there is complete diversity of citizenship between Plaintiffs and Defendants and the amount in controversy exceeds $75,000, this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(3). This action may, therefore, be removed to federal court under 28 U.S.C. § 1441(a).

XV.

Venue is proper in the United States District Court for the Eastern District of Louisiana because it is the federal judicial district embracing the place where the action is pending.





E-Filed

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

XVI.

Promptly after filing this Notice of Removal, written notice hereof will be given to Plaintiffs and will be filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana, in conformity with 28 U.S.C. § 1446(d).

WHEREFORE, Jessie Muse prays that this Notice of Removal be accepted as good and sufficient, and that the aforementioned action number 2019-11090 "D-12" in the Civil District Court for the Parish of Orleans, State of Louisiana, be removed to the United States District Court for the Eastern District of Louisiana for further proceedings as provided by law.

New Orleans, Louisiana, this 20th day of December, 2019.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Jeffrey A. Clayman*
Jeffrey C. Clayman (Bar #30442)
Arthur R. Kraatz (Bar #35194)
Sarah M. Smith-Clevenger (Bar #38412)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: jeffrey.clayman@phelps.com
sarah.smith-clevenger@phelps.com
arthur.kraatz@phelps.com

**ATTORNEYS FOR DEFENDANT, JESSIE MUSE**





E-Filed

FILED
2019 DEC 20 P 03:11
CIVIL
DISTRICT COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2019, a copy of the foregoing pleading was filed with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record. A copy of the foregoing pleading was also served upon the following attorneys of record for Plaintiff by e-mail:

Jonathan C. Pederson
D. Douglas Howard, Jr.
839 St. Charles Avenue, Suite 306
New Orleans, LA 70433

Shawn C. Reed
516 N. Columbia Street
Covington, LA 70433

*/s/ Jeffrey A. Clayman*
Jeffrey A. Clayman





E-Filed