UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTT DONALDSON, ET AL.** | **CIVIL ACTION NO.  19-14706** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **SONESTA NOLA CORPORATION, ET AL.** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

### JOINT STIPULATION OF DISMISSAL OF AIRBNB, INC.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Scott Donaldson and Amy Donaldson, individually and on behalf of Seth Donaldson, (collectively "Plaintiffs") and Defendants Sonesta Nola Corporation, Airbnb, Inc., and Certain Underwriter's at Lloyd's, London, hereby stipulate to the voluntary dismissal with prejudice of all claims and causes of action asserted by Plaintiffs against Airbnb, Inc., improperly sued as Airbnb Payments, Inc., with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

**PHELPS DUNBAR LLP**

 */s/ Sarah Smith-Clevenger*
Jeffrey A. Clayman (Bar #30442)
Arthur R. Kraatz (Bar #35194)
Sarah Smith-Clevenger (Bar #38412)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
Email: jeffrey.clayman@phelps.com
Email: arthur.kraatz@phelps.com
Email: sarah.smith-clevenger@phelps.com

**ATTORNEYS FOR DEFENDANTS SONESTA NOLA CORPORATION, AIRBNB, INC., AND CERTAIN UNDERWRITER'S AT LLOYD'S, LONDON**

AND

**JONES FUSSELL, LLP**

*/s/ Thomas H. Huval*
**THOMAS H. HUVAL (La. Bar No. 21725)**
P.O. Box 1810
Covington, Louisiana 70434-1810
(o) 985-892-4801
(f) 985-259-8003 (direct)
Email: thuval@jonesfussell.com
***Counsel for SONESTA NOLA CORPORATION***

AND


*/s/ Jonathan C. Pederson*
Jonathan C. Pederson (La. Bar No. 32290)
D. Douglas Howard, Jr. (La. Bar No. 7021)
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone: (504) 581-3610
Facsimile: (504) 581-7509

      AND

Shawn C. Reed (La. Bar No. 14304)
516 N. Columbia Street
Covington, Louisiana 70433
Telephone: (985) 893-3607
Facsimile: (985) 893-3478

**ATTORNEYS FOR PLAINTIFFS, SCOTT DONALDSON AND AMY DONALDSON, individually and on behalf of SETH DONALDSON**

2