# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTT DONALDSON, ET AL.** | **CIVIL ACTION NO.  19-14706** |
| **VERSUS** | **JUDGE JAY C. ZAINEY** |
| **SONESTA NOLA CORPORATION, ET AL.** | **MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.** |

## ORDER OF DISMISSAL

**CONSIDERING THE FOREGOING** Joint Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that all claims and causes of action asserted by Plaintiffs Scott Donaldson and Amy Donaldson, individually and on behalf of Seth Donaldson, against Airbnb, Inc., improperly sued as Airbnb Payments, Inc., be and are hereby **DISMISSED WITH PREJUDICE**, with each party bearing that party's own attorney's fees and costs.

Signed this  10th  day of  February , 2020.

_____
HON. U.S. DISTRICT JUDGE JAY C. ZAINEY

PD.27988079.1