(Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDSON <br><br> *Plaintiff(s)* <br> v. <br> SONESTA NOLA CORPORATION, ET AL. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 19-cv-14706 A (2) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESSIE MUSE, individually

216 Baronne Street
New Orleans, Louisiana 70112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JONATHAN C. PEDERSEN (La. Bar. No. 32290)
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70433
Telephone: (504) 581-3610
jcpedersen@howardandreed.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
*Name of clerk of court*

Date: Feb 19 2020

*Deputy clerk's signature*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 19-cv-14706

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JESSIE MUSE
was received by me on *(date)* 2/19/2020 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence~~ BUSINESS or usual place of abode with *(name)* Kayla Burnett admin , a person of suitable age and discretion who resides there,
on *(date)* 2/19/2020 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*
Kayla Burnett instructed that she is Business Administrator and is authorized to accept service.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 2/19/2020

_____
Server's signature

Desiree T. Travis
Printed name and title

517 Sadini Ave met, 70003
Server's address

Additional information regarding attempted service, etc: