UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SCOTT DONALDSON husband of/and AMY DONALDSON individually and o/b/o their late son SETH DONALDSON** | * * * * * | CIVIL ACTION |
| | * | NO.:   2:19-cv-14706 |
| | * | |
| | * | SECTION: "A"(2) |
| **VERSUS** | * | |
| | * | JUDGE:          ZAINEY |
| **SONESTA NOLA CORPORATION, ET AL** | * | |
| | * | MAGISTRATE:    CURRALT |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION TO EXTEND JURISDICTION

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, Scott Donaldson husband of/and Amy Donaldson, individually and on behalf of their late son, Seth Donaldson, who respectfully submit this Consent Motion to Extend Jurisdiction and provide the following, to wit:

1.

On February 1, 2022, the parties agreed upon a compromise to end this litigation. On February 8, 2022, this Honorable Court entered an Order of Dismissal (R. Doc. 64) without prejudice to the right of any party "to seek summary judgment enforcing the compromise if it is not consummated" within sixty-days. The Order further provides that "the Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties." *Id.*

2.

After lengthy negotiations, the parties agreed upon the terms of a Settlement Agreement and Full Release of All Claims ("Settlement Agreement.") On April 1, 2022, undersigned counsel informed Defendants that Plaintiffs had executed the Settlement Agreement. The same email asked how and when Defendants proposed to exchange the executed document for the settlement funds.

3.

On April 4, 2022, a copy of the executed Settlement Agreement was provided to Defense counsel. Again, Plaintiffs' counsel asked how and when Defendants proposed to exchange the executed document for the settlement funds.

4.

To date, Defendants have not tendered the settlement funds to Plaintiffs, nor have Defendants provided Plaintiffs with a certain date that the settlement funds will be exchanged for the original, fully executed, Settlement Agreement.

5.

Plaintiffs respectfully request that this Honorable Court retain jurisdiction over this litigation for an additional ten (10) days, or until April 21, 2022, thereby preserving Plaintiffs right to seek enforcement of the Settlement Agreement entered into by the parties, as is contemplated by the Order of Dismissal (R. Doc. 64).

6.

Prior to filing this motion, undersigned counsel personally spoke with Sarah Smith-Clevenger, counsel for all Defendants, who advised that Defendants consent to the granting of this Motion.

**WHEREFORE**, Plaintiffs, Scott Donaldson husband of/and Amy Donaldson, individually and on behalf of their late son, Seth Donaldson, pray that this Honorable Court grant this Consent Motion to Extend Jurisdiction and retain jurisdiction over this litigation for an additional ten (10) days, or until April 21, 2022, for all purposes, including Plaintiffs' right to seek enforcement of the Settlement Agreement entered into by the parties, as is contemplated by the Order of Dismissal (R. Doc. 64).

Respectfully Submitted,

　_[s/] Jonathan C. Pedersen_
**JONATHAN C. PEDERSEN (No. 32290) (T.A.)**
Jcpedersen@howardandreed.com
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone (504) 581-3610
Facsimile  (504) 581-7509
**COUNSEL FOR PLAINTIFFS,**
**SCOTT DONALDSON husband of/and**
**AMY DONALDSON**

**CERTIFICATE OF SERVICE**

Undersigned counsel hereby certifies that on the  11th  day of April , 2022, he electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties hereto.

　_[s/] Jonathan C. Pedersen_
**JONATHAN C. PEDERSEN**