## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SCOTT DONALDSON and AMY DONALDSON** | **CIVIL ACTION NO. 19-14706** |
| **VERSUS** | **JUDGE ZAINEY** |
| **SONESTA NOLA CORPORATION, ET AL.** | **MAG. JUDGE CURRAULT** |

### MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sonesta NOLA Corporation, Certain Underwriters at Lloyd's, London Severally Subscribing to Policy No. 80509BOWCN17009131, Jessie Muse, and the Muse Company, LLC (collectively, "Defendants"), who upon suggesting to the Court that the claims in this matter have been compromised and settled, respectfully move for the entry of the enclosed Order dismissing with prejudice Plaintiffs' claims in this matter against Defendants, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  /s/
    Mark C. Dodart (Bar #17549)
    R. Harrison Golden (Bar #38468)
    Sarah M. Smith-Clevenger (Bar #38412)
    Canal Place | 365 Canal Street, Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: 504-566-1311
    Facsimile: 504-568-9130
    Email: mark.dodart@phelps.com
           harris.golden@phelps.com
           sarah.smith-clevenger@phelps.com

**ATTORNEYS FOR DEFENDANTS SONESTA NOLA CORPORATION, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON,**

**JESSIE MUSE, AND THE MUSE COMPANY, LLC**

2

PD.37511780.1